## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 4:08CR3068 |
| Plaintiff, | |
| vs. | DETENTION ORDER |
| PAUL KEATING, | PETITION FOR ACTION ON CONDITIONS OF SUPERVISED RELEASE |
| Defendant. | |

The defendant waived the right to a detention hearing and agreed to detention. Pursuant to 18 U.S.C. § 3142(f) and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 32.1(a)(6),

**IT IS ORDERED,**

The above-named defendant shall be detained until further order.

September 22, 2011   BY THE COURT:

*s/Cheryl R. Zwart*
United States Magistrate Judge